814 A.2d 1196

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**John L. ROSS, Respondent.**

Supreme Court of Pennsylvania.

Dec. 18, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of December, 2002, the Petition for Allowance of Appeal is hereby granted, and the order of the Superior Court is reversed. *See Commonwealth v. Eller,* 569 Pa. 622, 807 A.2d 838, 843 (2002).